2008-18549
FILED
April 02, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001749711

Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
1300 18th Street, Suite B
Bakersfield, CA 93301
(661) 323-7933
(fax) 323-9855
wwlaw@pacbell.net

Attorney for Debtors,
Marcus and Jo-Ann Barnette
5600 Escondido Court
Bakersfield, CA 93313

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MARCUS ALVIN BARNETTE,<br>SS #XXX-XX-0066,<br><br>JO-ANN BARNETTE,<br>SS #XXX-XX-9650,<br><br>Debtors. | Chapter 13<br>Case #08-18549-A-13K<br>D. C. #RSW-3<br><br>Date:   March 19, 2009<br>Time:   9:00 a.m.<br>Place:  1300 18th St. #A<br>        Bakersfield, CA<br>        Judge Rimel |

**ORDER GRANTING MOTION TO VALUE
COLLATERAL OF GMAC MORTGAGE**

The matter of the Debtors' Motion to Value Collateral of GMAC MORTGAGE came on regularly for hearing on March 19, 2009, the Debtors appearing by and through Attorney Robert S. Williams and the Chapter 13 Trustee, Michael H. Meyer, appearing and it is the order of Court as follows:

///
///
///
///
///
///
///

RECEIVED
April 01, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001749711

1

1. It is determined that the claim for the second trust deed on the residence known as 5600 Escondido Court, Bakersfield, California, held by GMAC MORTGAGE, is fully unsecured. The plan may treat the claim as a general unsecured claim.

Dated:

Apr 02, 2009

United States Bankruptcy Judge

2